**Alwin CARPENTER, Plaintiff–Appellant,**

v.

**ALESSI & KOENIG, LLC, Defendant–Appellee.**

No. 13–17585.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 9, 2015.

Filed Dec. 14, 2015.

Mark Joseph Bourassa, The Bourassa Law Group, LLC, Las Vegas, NV, Plaintiff–Appellant.

Huong X. Lam, Alessi & Koenig, LLC, Las Vegas, NV, for Defendant–Appellee.

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Before: KOZINSKI, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM *

The district court abused its discretion by awarding Alessi & Koenig, LLC ("Alessi") $5,843.75 in attorney's fees.

1. Alessi constitutes a law firm retained by its clients to collect debts in the usual course of its practice. *See* Nev.Rev. Stat. § 649.020(2)(g). As such, it is exempted from the requirement that it obtain a license from the State of Nevada before collecting claims on behalf of its clients. *Id.* § 649.075; *see also* Nev. Dep't of Bus. & Indus., Fin. Insts. Div., Advisory Opinion Regarding Attorneys Acting as Collection Agencies (2012).[1]

2. However, given the ambiguity of the "conducting collection agencies" language in § 649.020(2) and that clarifying guidance from the State was not available until several months after Carpenter filed suit against Alessi, Carpenter's claim was not brought "without reasonable ground." Nev.Rev.Stat. § 18.010(2)(b).

3. Additionally, the district court's order awarding fees to Alessi did not contain the mandated "find[ings]" necessary to support its decision. *Id.; see also Rivero v. Rivero,* 125 Nev. 410, 216 P.3d 213, 234 (2009).

**REVERSED.**

1. *Available at* http://fid.state.nv.us/Advisory Opinion/2012/2012–03–22_OPINION_ AttorneyActingAsCollectionAgency.pdf.